UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00080

**Jimmy Rontrail Sanders,**
*Plaintiff,*

v.

**Kevin H. Settle,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

Plaintiff, an inmate confined at the Gregg County Jail, proceeding *pro se* and *in forma pauperis*, filed this civil rights lawsuit pursuant to title 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge John D. Love, who issued a report and recommendation (Doc. 5) concluding that the lawsuit should be dismissed with prejudice as frivolous and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff did not object to the report and recommendation. *Douglass v. United States Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc).

Being satisfied that the report contains no clear error, the court **adopts** the findings and conclusions of the magistrate judge as the opinion of the court. Therefore, plaintiff's complaint is **dismissed with prejudice** as frivolous and for the failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1).

*So ordered by the court on April 8, 2020.*

J. CAMPBELL BARKER
United States District Judge